IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADRIENNE LUNG                                                              PLAINTIFF

v.                              CASE NO. 3:21-CV-00091-BSM

ARKANSAS METHODIST MEDICAL CENTER                        DEFENDANT

## ORDER

This case is dismissed with prejudice pursuant to the notice of dismissal filed by Adrienne Lung [Doc. No. 6]. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED, this 30th day of June, 2021.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE