IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADRIENNE LUNG     PLAINTIFF

v.     CASE NO. 3:21-CV-00091-BSM

ARKANSAS METHODIST MEDICAL CENTER     DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 30th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE